ORIGINAL

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __JARID L. CUBBAGE  271683__
　　(Name of Plaintiff)　　(Inmate Number)

__D.C.C.__

__1181 Paddock Rd. Smyrna, De. 19977__
(Complete Address with zip code)

06 - 384

(2) _____
　　(Name of Plaintiff)　　(Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

CIVIL COMPLAINT

(1) __WARDEN THOMAS CARROLL__

(2) __SGT. LARRY CONNELLY__

• • Jury Trial Requested

(3) _____
　　(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__Jarid Cubbage  v. Warden Thomas Carroll__
__# 1:05-cv-00798-GMS__
__11-17-2005__
__Honorable Gregory M. Sleet__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •(Yes) • • No

C. If your answer to "B" is Yes:

1. What steps did you take? Filed a grievance and had a disciplinary hearing

2. What was the result? Grievance was denied and disciplinary officer found me guilty

D. If your answer to "B" is No, explain why not: N/A

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Warden Thomas Carroll
Employed as Warden at Delaware Correctional Center
Mailing address with zip code: D.C.C., 1181 Paddock Rd., Smyrna, De. 19977

(2) Name of second defendant: Sgt. Larry Connelly
Employed as Correctional officer at Delaware Correctional Center
Mailing address with zip code: D.C.C., 1181 Paddock Rd., Smyrna, De. 19977

(3) Name of third defendant: 
Employed as at N/A
Mailing address with zip code:

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 5-11-04 and 7-8-04, plaintiff wrote two letters to Warden Thomas Carroll informing him of the situation and the results from the disciplinary hearing officer and the appeal decision. The plaintiff asked for the Warden's assistance and never received a response.

2. On 4-17-04 in W-bldg. on C-Tier about 7:30pm, Sgt. Larry Connelly confiscated a t.v., radio and candy from the plaintiff's cell after the plaintiff showed Sgt. Connelly receipts for each of the items.

3. 

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. The plaintiff asks that the Honorable Court grant an injunction ordering the defendants to return the plaintiff's t.v., radio and candy or reimburse the plaintiff one hundred nine-teen dollars and fifty-one cents ($119.51) for the items

3

2. Issue the plaintiff a list of the personal property that the prison allow the plaintiff to purchase through Commissary or receive through the mail. The list should include the date of purchase, amount paid and Serial numbers.

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of June, 2006.

_____
(Signature of Plaintiff 1)

N/A
(Signature of Plaintiff 2)

N/A
(Signature of Plaintiff 3)

4

IM David Cubbage
SBI# 271683   UNIT D/W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

[Postage stamp: $03.030, MAILED FROM ZIPCODE 19977, JUN 12 2006]

[Stamp: U.S.M. X-RAY]

U.S. District Court
LockBox 18
844 N. King St.
Wilmington, De. 19801