IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JARID L. CUBBAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-384-GMS |
| | ) | |
| WARDEN THOMAS CARROLL and | ) | |
| SGT. LARRY CONNELLY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, plaintiff Jarid L. Cubbage ("Cubbage") filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 22, 2006, this court entered an order granting Cubbage leave to proceed *in forma pauperis* and requiring Cubbage to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I. 4);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Cubbage;

THEREFORE, at Wilmington this 3rd day of August, 2006, IT IS HEREBY ORDERED that Cox's complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE